**Motion Denied; Order filed June 30, 2016.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00883-CV
_____

**BRENT HARRIS, Appellant**

**V.**

**HESS CORPORATION, Appellee**

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2012-61282**

## ABATEMENT ORDER

On June 21, 2016, appellant notified this court that the parties had reached an agreement to settle the issues on appeal. Appellant filed a voluntary motion to dismiss "on the condition that the necessary settlement documentation be completed by the parties and the terms of the settlement be complied with by all parties." The Rules of Appellate Procedure do not provide for the conditional dismissal of an appeal. Therefore, we deny the motion and issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until December 1, 2016, or such time that the parties complete the terms of the settlement agreement. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Brown.